Date: 10/26/10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 113 Dated 10/26/10
Case Number 09-36963 - HERNLEM, KELLIE J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>　FINAL DISTRIBUTION<br>　4390 | 000002 | 311.26 | 0.81 |
| FAIRVIEW HEALTH SVCS<br>PO BOX 147<br>MINNEAPOLIS MN 55440-0147<br>　FINAL DISTRIBUTION<br>　2166 | 000006 | 99.80 | 0.26 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>　FINAL DISTRIBUTION<br>　6235 | 000007 | 876.40 | 2.28 |
| CHASE BANK USA NA<br>C/O CREDITORS BKY SERVICE<br>PO BOX 74933<br>DALLAS TX 75374<br>　FINAL DISTRIBUTION<br>　3639 | 000008 | 1,895.59 | 4.93 |
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br>　FINAL DISTRIBUTION<br>　8271 | 000012 | 180.42 | 0.47 |
| ---------- Remittance Total ---------- | | 3,363.47 | 8.75 |

John A. Hedback, Trustee

*# 2911*

COURT1　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 10/26/10 01:08 PM　Ver: 16.00a